WILLIAM LONG ET AL. v. EDWARD P. LOUGHLIN

The defendant's motion to dismiss the appeal from the Court of Common Pleas in Tolland County is denied.

*Patrick J. Flaherty,* for the appellee (defendant).
*Edward W. Hebb,* for the appellants (plaintiffs).

Argued March 4—decided March 4, 1975

WILLIAM R. HARGROVE ET AL. v. THE BRISTOL REDEVELOPMENT AGENCY

The plaintiffs' motion to dismiss the appeal from the Superior Court in Hartford County is denied and this ruling renders moot the defendant's motion to strike the plaintiffs' motion to dismiss the defendant's appeal.

*Robert L. Hirtle,* for the appellees (plaintiffs).
*Robert C. Danaher,* for the appellant (defendant).

Argued March 4—decided March 4, 1975

JOHN R. MCGRATH v. DOMENIC PALANZO

The plaintiff's "Motion to Sustain Appeal" from the Court of Common Pleas in Fairfield County is denied and the appeal is dismissed, it not having been taken from a final judgment.

*Raphael Korff,* for the appellant (plaintiff).
No appearance for the appellee (defendant).

Argued March 4—decided March 4, 1975

651